# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Matthew Davis, et al.,** | |
| | Case No. 2:23-cv-3516 |
| Plaintiffs, | |
| v. | Judge Graham |
| | |
| **GCS Water Purification, LLC, et al.** | Magistrate Judge Deavers |
| | |
| Defendant(s). | |

## ORDER OF DISMISSAL

This matter is before the Court upon the parties' stipulation for dismissal of this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 38. Accordingly, this action is hereby **DISMISSED** as to all parties, without prejudice, at Plaintiffs' cost. Plaintiffs' may refile the dismissed claims against the Defendants within one year of filing.

    **IT IS SO ORDERED**.

                                                             s/ James L. Graham  
                                                              JAMES L. GRAHAM  
                                                              United States District Judge

DATE: November 8, 2024